1

2

3

4

# UNITED STATES DISTRICT COURT

5

## EASTERN DISTRICT OF CALIFORNIA

6

7    GUILLERMO TRUJILLO CRUZ,

8              Plaintiff,

9         v.

10   GOMEZ and SANCHEZ,

11             Defendants.

1:15-cv-00859-EPG (PC)

ORDER GRANTING IN PART
PLAINTIFF'S MOTION TO OBTAIN
ORIGINAL COMPLAINT AND AMENDED
COMPLAINT TO PROPERLY FILE
APPELLANT'S OPENING BRIEF
(ECF NO. 27)

ORDER DIRECTING CLERK TO SEND
PLAINTIFF A COPY OF THE SECOND
AMENDED COMPLAINT (ECF NO. 20)

12

13

14

15

16        Guillermo Trujillo Cruz ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma*

17   *pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.  On February 3, 2017, the

18   Court dismissed Plaintiff's Second Amended Complaint for failure to state a claim and ordered

19   that the case be closed.  (ECF No. 21).  Plaintiff appealed the dismissal.  (ECF No. 23).

20        On March 24, 2017, Plaintiff filed a motion to obtain original complaint and amended

21   complaint to properly file appellant's opening brief ("the Motion").  (ECF No. 27).  According

22   to Plaintiff, he needs a copy of the original complaint and "any other amended complaint's

23   [sic]" submitted in this case so that he can "properly file an informal brief" with the Ninth

24   Circuit Court of Appeals and "to recollect the events that took place."  (Id.).  Plaintiff alleges

25   that prison officials destroyed all of his legal documents in February of 2017.  (Id.).

26        The Court will grant the Motion in part.  The Court will order the Clerk of Court to send

27   Plaintiff a copy of his Second Amended Complaint (ECF No. 20), which is the last amended

28   complaint filed in this case.  The Court will not order the Clerk of Court to send Plaintiff any

other complaints.  The Court is not a repository for Plaintiff's documents.

Accordingly, IT IS ORDERED that the Motion is GRANTED IN PART.  The Clerk of Court is directed to SEND Plaintiff a copy of the Second Amended Complaint (ECF No. 20).

IT IS SO ORDERED.

Dated:   **March 27, 2017**                    /s/ Erica P. Grosjean

UNITED STATES MAGISTRATE JUDGE